


**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP/JMH/NJM/NCG
F.#2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 6, 2023

By Email and ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Ruslan Maratovich Asainov
Criminal Docket No. 19-402 (NGG)

Dear Judge Garaufis:

The government respectfully submits this letter in connection with jury selection in the above-captioned matter. The government respectfully requests follow-up questioning of the prospective jurors on the questionnaire items listed below:

| Prospective Juror No. | Follow Up Items |
|---|---|
| 1 | 16, 29, 32, 34, 43 |
| 2 | 27 |
| 3 | 23, 30, 46, 51 |
| 5 | 16, 32, 38, 39, 47, 50, 51, 54, 55 |
| 6 | 18, 32, 43, 50, 51, 54, 55 |
| 7 | 32, 36, 55 |
| 8 | 11, 16 |
| 9 | 43, 55 |
| 10 | 16, 18 |
| 11 | 18, 23, 28, 32 |

| Prospective Juror No. | Follow Up Items |
|---|---|
| 12 | 21 |
| 13 | 23, 56 |
| 14 | 16, 18, 20, 27 |
| 17 | 20, 49 |
| 18 | 18, 25, 34, 35, 39 |
| 20 | 25, 51, 55 |
| 21 | 18, 19, 25, 26 |
| 22 | 24 |
| 24 | 18, 26, 32, 55 |
| 25 | 16, 21, 55 |
| 26 | 25, 55 |
| 27 | 29, 32, 46, 55 |
| 28 | 30 |
| 29 | |
| 30 | 24 |
| 32 | 23, 24 |

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/
Douglas M. Pravda
J. Matthew Haggans
Nicholas J. Moscow
Nina C. Gupta
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (NGG) (By ECF)
Susan Kellman & Sabrina Shroff, Esqs. (By Email and ECF)