

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP/JMH/NJM/NCG                         *271 Cadman Plaza East*
F.#2015R00517                           *Brooklyn, New York 11201*


January 11, 2023


<u>By Email and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Ruslan Maratovich Asainov
>       <u>Criminal Docket No. 19-402 (NGG)</u>

Dear Judge Garaufis:

The government respectfully submits this letter in connection with jury selection in the above-captioned matter.  The government respectfully requests follow-up questioning of the prospective jurors on the questionnaire items listed below:

| Prospective Juror No. | Follow Up Items |
|---|---|
| 122 | 16, 24, 55, 56 |
| 124 | 25, 30, 38, 56 |
| 126 | 39, 55 |
| 132 | 16, 17, 18, 27 |
| 133 | 25, 27, 32, 34 |
| 134 | |
| 135 | 16 |
| 137 | 25, 30, 34, 40, 41, 42, 45 |
| 138 | 16, 19, 20, 55 |
| 140 | 1, 11, 16, 23, 55 |
| 143 | 25, 26, 29, 30 |

| Prospective Juror No. | Follow Up Items |
|---|---|
| 147 | 32, 55 |
| 149 | 14, 15, 16, 27 |
| 151 | 27 |
| 153 | 55 |
| 154 | 23, 24 |
| 155 | 30 |
| 156 | 16, 55-56 |
| 158 | 16, 32 |
| 159 | 17,25-26, 30, 32, 39, 43, 54-55 |
| 161 | 27 |
| 162 | 16 |
| 163 | 25, 26, 32, 51, 55 |
| 165 | 23, 26, 41, 54, 55 |
| 167 | 21, 23-24, 36 |
| 168 | 28, 34, 55 |
| 169 | 16 |
| 170 | 1, 16, 17, 21, 23, 25, 27, 34, 36, 53 |
| 173 | 17, 24, 55 |

Respectfully submitted,

BREON PEACE
United States Attorney

By:        /s/
         Douglas M. Pravda
         J. Matthew Haggans
         Nicholas J. Moscow
         Nina C. Gupta
         Assistant U.S. Attorneys
         (718) 254-7000

cc:    Clerk of Court (NGG) (By ECF)
       Susan Kellman & Sabrina Shroff, Esqs. (By Email and ECF)