

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP/JMH/NJM/NCG
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 23, 2023

By Email and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Ruslan Maratovich Asainov
>        Criminal Docket No. 19-402 (NGG)

Dear Judge Garaufis:

The government writes to apprise the Court that, consistent with the Court's direction earlier today and pursuant to counsel's agreements not to disseminate the name or to use it or other pedigree information at trial, the government disclosed to counsel the true name of the witness who will testify under a pseudonym at trial.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
       Douglas M. Pravda
       J. Matthew Haggans
       Nicholas J. Moscow
       Nina C. Gupta
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of Court (NGG) (By ECF)
       Susan Kellman & Sabrina Shroff, Esqs. (By Email and ECF)