UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

RUSLAN MARATOVICH ASAINOV,

               Defendant.
------------------------------------------------------------------X

**VERDICT SHEET**
**19-CR-402 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

## COUNT ONE

(Conspiracy to Provide Material Support to a Foreign Terrorist Organization)

On the charge of conspiracy to provide material support to a foreign terrorist organization in Count One, how do you find the defendant Ruslan Maratovich Asainov?

    GUILTY ✓          NOT GUILTY _____

*If you answered "Guilty" for Count One, please answer the following question:*

Do you unanimously find that the offense resulted in the death of one or more persons?

    Proven _____          Not Proven ✓

## COUNT TWO

(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Two, how do you find the defendant Ruslan Maratovich Asainov?

    GUILTY ✓          NOT GUILTY _____

## COUNT THREE

(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Three, how do you find the defendant Ruslan Maratovich Asainov?

GUILTY __✓__          NOT GUILTY _____

*If you answered "Guilty" for Count Three, please answer the following question:*

Do you unanimously find that the offense resulted in the death of one or more persons?

Proven __✓__          Not Proven _____

## COUNT FOUR

(Receipt of Military-Type Training From a Foreign Terrorist Organization)

On the charge of receiving military-type training from a foreign terrorist organization in Count Four, how do you find the defendant Ruslan Maratovich Asainov?

GUILTY __✓__          NOT GUILTY _____

## **COUNT FIVE**

(Obstruction of Justice)

On the charge of obstructing justice by corruptly altering, destroying, mutilating or concealing a record, document or object in order to impair its use in a grand jury investigation in Count Five, how do you find the defendant Ruslan Maratovich Asainov?

GUILTY ✔       NOT GUILTY _____

On the charge of obstructing justice by obstructing, influencing and impeding a grand jury investigation in Count Five, how do you find the defendant Ruslan Maratovich Asainov?

GUILTY ✔       NOT GUILTY _____

**Your foreperson must now sign and date the verdict sheet, and return it to the courtroom.**

Dated:   Brooklyn, New York
         February __7__, 2023

_____
FOREPERSON
[sign with juror number]